UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DISTRICT

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARMONDO GONZALEZ-MEJIA,

Defendant.

Case: 1:26-cr-20699
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 10-14-2026

---

**INDICTMENT**

---

THE GRAND JURY CHARGES:

**COUNT 1**
Illegal Reentry
8 U.S.C. § 1326(a)

On or about September 13, 2026, at or near the town of Gaylord, in the Eastern District of Michigan, defendant, ARMONDO GONZALEZ-MEJIA, an alien, was found in the United States after having been previously excluded, deported, and removed from the United States and returned to Mexico on or about September 5, 2017, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of 8 U.S.C. § 1326(a).

Dated: October 14, 2026

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/Roy R. Kranz*
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov
(P56903)

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ **Yes** x **No**

Case: 1:26-cr-20699
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 10-14-2026

**Case Title:** USA v. Armondo Gonzalez-Mejia

**County where offense occurred:** Otsego

**Check One:** **X Felony** __ **Misdemeanor** __ **Petty**

__X__Indictment/___Information --- **no** prior complaint.
______Indictment/___Information --- based upon prior complaint []
______Indictment/___Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ________________ **Judge:** ________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: October 14, 2026

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.